IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS

**TERRY JONES,**

    Plaintiff,

v.                                        Civil Action No. 2:11-CV-94
                                                   (BAILEY)

**UNITED STATES OF AMERICA,**

    Defendant.

## ORDER GRANTING MOTION TO FILE REPLY OUT-OF-TIME

Pending before this Court is the defendant's Motion to File Reply Out-of-Time [Doc. 133], which was filed on August 19, 2013. In support of its motion, the defendant states that it has been working on other matters. This Court notes that the Reply has already been filed at Doc. 134. The plaintiff opposes the motion, stating that the defendant has failed to show good cause [Doc. 136].

Upon consideration of the above, this Court is of the opinion that the defendant's Motion to File Reply Out-of-Time **[Doc. 133]** should be, and the same is, hereby **GRANTED**.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: August 20, 2013.

JOHN PRESTON BAILEY
CHIEF UNITED STATES DISTRICT JUDGE